No. 590.   CLAPPER *v.* ORIGINAL TRACTOR CAB CO., INC., ET AL.; and

No. 617.   ORIGINAL TRACTOR CAB CO., INC., ET AL. *v.* CLAPPER.   C. A. 7th Cir.   Certiorari denied.   MR. JUS-TICE WHITTAKER took no part in the consideration or decision of these applications.   *Thomas E. Scofield* for Clapper.   *J. Preston Swecker* and *William L. Mathis* for Original Tractor Cab Co., Inc., et al.

No. 80, Misc.   BUCK *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.   Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for respondent.

No. 191, Misc.   BATTICE *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.   *Ann Thacher Clarke* for petitioner.   *Daniel V. Sullivan* and *Walter E. Dillon* for respondent.

No. 238, Misc.   MINNESOTA EX REL. REDENBAUGH, ALIAS HAMILTON, *v.* RIGG, WARDEN.   Supreme Court of Minnesota.   Certiorari denied.   *Simon A. Weisman* for petitioner.   *Miles Lord,* Attorney General of Minnesota, and *Charles E. Houston,* Solicitor General, for respondent.

No. 352, Misc.   JACKSON *v.* CLEMMER ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.

No. 414, Misc.   CAREY *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.